UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTORIANO ROMERO-GONZALES,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. CV 5:26-05190-RAO

JUDGMENT

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is granted in part and this action is closed.

DATED: September 16, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE